2002–0198.   Hannah v. Sibcy Cline Realtors.
Hamilton App. No. C–010084, 2001-Ohio-3912. Reported at 95 Ohio St.3d 1436, 2002-Ohio-2084, 766 N.E.2d 1002. On motion for reconsideration, amicus curiae motion for leave to file under S.Ct.Prac.R. XI of Housing Opportunities Made Equal ("HOME"), motion for admission pro hac vice of Mary Kate

Brandon by Ted L. Willis, Esq. for The Buyer's Agent, Inc., and amicus curiae motion for leave to file under S.Ct.Prac.R. XI of The Buyer's Agent, Inc. Motions denied.

PFEIFER, J., dissents.